IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY DEVON HUNTLEY, JR.,

    Petitioner,

v.

MARION FEATHER, Warden, and
ELLEN ROSENBLUM, Attorney General
of the State of Oregon,

    Respondents.

Case No. 3:12-cv-02058-BR

ORDER

BROWN, Judge.

    The Court GRANTS Petitioner's Motion to Dismiss this action without prejudice.

    IT IS SO ORDERED.

    DATED this 14th day of January, 2014.

                             /s/ Anna J. Brown
                             ANNA J. BROWN
                             United States District Judge

1 - ORDER -